# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JOHN HOUSTON,

    Plaintiff,

v.                                                    Case No: 8:24-cv-2243-JSM-NHA

CAPE HAZE TAVERN, LLC,

    Defendant.
_____

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Natalie Hirt Adams (Dkt. 39). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 39) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. Plaintiff's Motion for Default Judgment (Dkt. 29) is granted in part and denied in part as stated in more detail in the Report and Recommendation (Dkt. 39).

3. Plaintiff's Motion on Plaintiff's ADA Discrimination Claim (Count I) and ADA Retaliation Claim (Count II) is granted to the extent that Plaintiff is awarded $4,792.11 in backpay and $500 in compensatory damages, plus post-judgment interest. Plaintiff's Motion is otherwise denied.

4. The Clerk of Court is directed to enter Final Default Judgment in Plaintiff's favor and against Defendant as to Counts I and II in the total amount of $5,292.11. This amount shall accrue post-judgment interest at the applicable statutory rate.

5. Plaintiff shall file a supplemental motion for attorney's fee and costs within fourteen (14) days of this Order that (a) complies with the requirements of Federal Rule of Civil Procedure 54 and Local Rule 7.01; (b) updates the amounts he requests for attorney's fee and costs; and (c) briefs whether "special circumstances" precluding an award of fees are present here given that the text messages presented at the damages hearing cast doubt on the merits of this lawsuit.

6. The Clerk is directed to close this case.

7. The Court retains jurisdiction on the matter of fees and costs.

**DONE** and **ORDERED** in Tampa, Florida, this 20th day of January, 2026.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record