**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOHN HOUSTON,

     Plaintiff,

v.                                Case No: 8:24-cv-2243-JSM-NHA

CAPE HAZE TAVERN, LLC,

     Defendant.

_____

## <u>ORDER</u>

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Natalie Hirt Adams (Dkt. 49).   The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.     The Report and Recommendation (Dkt. 49) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2.      Plaintiff's Supplemental Motion for Attorney's Fees and Costs (Dkt. 47) is granted.

3.      The Clerk of Court is directed to enter a judgment for Plaintiff and against Defendant in the amount of $12,761.10, comprised of $11,080.00 for attorney time and $1,681.10 in costs.

**DONE** and **ORDERED** in Tampa, Florida, this 27th day of May, 2026.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record

2